UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 3:CR-14-23 |
| | ) | |
| v. | ) | (Judge Mannion) |
| LINDA REYES, | ) | |
| Defendant | ) | (Electronically Filed) |

## SENTENCING STIPULATION

The government and the defendant hereby stipulate as follows:

Pursuant to Department of Justice policy, the base offense level for drug offenses should be reduced by two levels. Therefore, the government agrees not to object to a downward variance of two levels, and the defendant agrees not to seek a further reduced sentence pursuant to 18 U.S.C. § 3582(c) on the basis of the two-level reduction in the event the two-level reduction is adopted and made retroactive by the U.S. Sentencing Commission.

I have read this Sentencing Stipulation and carefully reviewed it with my attorney. I fully understand it, and I voluntarily agree to it.

03/24/14
Date

_Linda Reyes_
LINDA REYES
Defendant

I am the defendant's counsel. I have carefully reviewed this Sentencing Stipulation with the defendant. To my knowledge, my client's decision to enter into this stipulation is an informed and voluntary one.

3/24/14
Date

_Ingrid Cronin_
INGRID CRONIN
Counsel for Defendant

3-24-14
Date

By: *Francis P. Sempa* (signature)

PETER J. SMITH
UNITED STATES ATTORNEY

FRANCIS P. SEMPA
ASSISTANT U.S. ATTORNEY